## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Greer, Evelyn A

Printed: 10/22/08

Case Number:  04 B 39171
Judge:  Wedoff, Eugene R
Filed:  10/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  September 4, 2008
Confirmed:  January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,439.19 |  |
| Secured: |  | 10,798.34 |
| Unsecured: |  | 2,491.36 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 869.49 |
| Other Funds: |  | 870.00 |
| Totals: | 17,439.19 | 17,439.19 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Surety Finance | Secured | 0.00 | 0.00 |
| 3. | Sun Cash | Secured | 0.00 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 10,798.34 | 10,798.34 |
| 5. | AAA Checkmate LLC | Unsecured | 108.65 | 108.65 |
| 6. | Surety Finance | Unsecured | 18.73 | 18.73 |
| 7. | Brother Loan & Finance | Unsecured | 123.39 | 123.39 |
| 8. | Sir Finance Corporation | Unsecured | 244.80 | 244.80 |
| 9. | American Recovery System | Unsecured | 21.54 | 0.00 |
| 10. | Fingerhut Credit Advantage | Unsecured | 321.80 | 321.80 |
| 11. | Marquette Consumer Finance | Unsecured | 1,486.74 | 1,486.74 |
| 12. | Aspire Visa | Unsecured | 187.25 | 187.25 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | Claims Accounting | Unsecured | | No Claim Filed |
| 15. | Minute Payday Loans | Unsecured | | No Claim Filed |
| 16. | ACC International | Unsecured | | No Claim Filed |
| 17. | Americash Loans, LLC | Unsecured | | No Claim Filed |
| 18. | Cash Express | Unsecured | | No Claim Filed |
| 19. | Bay Area Credit Services | Unsecured | | No Claim Filed |
| 20. | CCS | Unsecured | | No Claim Filed |
| 21. | Claims Accounting | Unsecured | | No Claim Filed |
| 22. | Claims Accounting | Unsecured | | No Claim Filed |
| 23. | Claims Accounting | Unsecured | | No Claim Filed |
| 24. | MCI Residential | Unsecured | | No Claim Filed |
| 25. | Echelon Recovery, Inc | Unsecured | | No Claim Filed |
| 26. | MCCBG | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Greer, Evelyn A

Printed: 10/22/08

Case Number:  04 B 39171

Judge:  Wedoff, Eugene R

Filed:  10/21/04

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Money Market | Unsecured | | No Claim Filed |
| 28. | Mason Direct | Unsecured | | No Claim Filed |
| 29. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 30. | Thomson Education Direct | Unsecured | | No Claim Filed |
| 31. | Northwest Premium Services | Unsecured | | No Claim Filed |
| | | | $ 15,721.24 | $ 15,699.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 90.48 |
| 4% | 48.72 |
| 3% | 31.31 |
| 5.5% | 191.41 |
| 5% | 52.20 |
| 4.8% | 108.56 |
| 5.4% | 346.81 |
| | $ 869.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

